**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

STERLING W. FIELDS,                                    Civil No. 07-2344 (JRT/FLN)

      Plaintiff,

v.                                                                                **ORDER**

STROM ENGINEERING CORP.,

      Defendant.

---

Sterling W. Fields, 3141 South Jefferson Avenue, Springfield, MO 65807, plaintiff *pro se*.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 26, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is DISMISSED WITHOUT PREJUDICE.


DATED: August 2, 2007                                    s/John R. Tunheim
at Minneapolis, Minnesota.                               JOHN R. TUNHEIM
                                                         United States District Judge